■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. SANDER MARC RABIN, Admitted on February 10, 1975, at a Term of the Appellate Division, First Department.

[738 NYS2d 560] —Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. [*See* 257 AD2d 127.] Concur—Nardelli, J. P., Williams, Mazzarelli, Ellerin and Saxe, JJ.